UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SRIKANTH
VENKATASUBRAMANIAN,
1373 Zurich Terrace,
Sunnyvale, CA  94087,

        Plaintiff,

  v.

MICHAEL B. MUKASEY, Attorney
General of the United States, in his
official capacity, as well as his
successors and assigns,
U.S. Department of Justice,
950 Pennsylvania Avenue, N.W.,
Washington, D.C.  20530-0001,

        and

ROBERT S. MUELLER, III, Director,
Federal Bureau of Investigation,
in his official capacity, as well as his
successors and assigns,
J. Edgar Hoover Building,
935 Pennsylvania Avenue N.W.,
Washington, D.C.  20535-0001,

        and

JONATHAN SCHARFEN, Acting
Director, U.S. Department of
Homeland Security, U.S. Citizenship
and Immigration Services, in his
official capacity, as well as
his successors and assigns,
20 Massachusetts Avenue, N.W.,
Suite 5110,
Washington, D.C.  20529,

        and

CHRISTINA POULOS, Director,
California Service Center,
U.S. Department of Homeland
Security, U.S. Citizenship and
Immigration Services, in her official
capacity, as well as her successors
and assigns,
24000 Avila Road, 2nd Floor, Room
2302,
Laguna Niguel, CA  92677,

COMPLAINT FOR WRIT OF
MANDAMUS AND FOR EQUITABLE
RELIEF

CIVIL ACTION NO.

ALIEN NO.  A079 465 171

AGENCY CASE NO. WAC0510553350

REQUEST FOR ORAL ARGUMENT

and                                              )
                                                 )
**F. GERARD HEINAUER, Director,**                )
**Nebraska Service Center,**                     )
**U.S. Department of Homeland**                  )
**Security, U.S. Citizenship and**               )
**Immigration Services, in his official**        )
**capacity, as well as his successors**          )
**and assigns,**                                 )
**850 S. Street,**                               )
**Lincoln, NE  68501,**                          )
                                                 )
and                                              )
                                                 )
**ROBERT M. COWAN, Director,**                   )
**National Benefits Center,**                    )
**U.S. Department of Homeland**                   )
**Security, U.S. Citizenship and**               )
**Immigration Services, in his official**        )
**capacity, as well as his successors**          )
**and assigns,**                                 )
**427 S. LaSalle – 3rd Floor,**                  )
**Chicago, IL  60605,**                          )
                                                 )
        **Defendants.**                          )
                                                 )

## COMPLAINT FOR WRIT OF MANDAMUS
## AND EQUITABLE RELIEF

**To the Honorable Judges of Said Court:**

   COMES NOW, Plaintiff, Srikanth Venkatasubramanian, through his undersigned

counsel, and alleges as follows:

## I. INTRODUCTION

   1.     This is a civil action seeking mandamus and equitable relief based

upon the failure of the Federal Bureau of Investigation ("FBI") to complete Plaintiff's

National Name Check Program clearance, which has unreasonably delayed any

adjudication of the I-485 Application for Adjustment of Status, which was filed by

Plaintiff, pursuant to §245 of the Immigration and Nationality Act, 8 U.S.C. §1255 ("INA"), on **March 2, 2005**. *See*, Affidavit of Srikanth Venkatasubramanian, dated July 29, 2008, a copy of which is attached and incorporated hereto as "Exhibit A."

2.    Plaintiff seeks to compel Defendants Attorney General Mukasey and FBI Director Robert Mueller, and those acting under their direction, to complete Plaintiff's FBI National Name Check Program clearance (generating a "FBIQUERY System" response), which is required before the U.S. Citizenship and Immigration Service ("USCIS") can adjudicate his I-485 Application, pursuant to §245 of the INA, the Mandamus and Venue Act (28 U.S.C. §1361) ("Mandamus Act"), 8 U.S.C. §1101 (INA), 8 U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"), and the Administrative Procedures Act (5 U.S.C. §551 and §701, *et seq.*) ("APA").

3.    Attorneys fees and costs are entitled to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 5 U.S.C. § 504 and 28 U.S.C. § 2412(d), *et seq.*[1]

## II. PARTIES

4.    Plaintiff, Srikanth Venkatasubramanian, is an adult individual who is a national of India and resides lawfully in the United States. He resides at 1373 Zurich Terrace, Sunnyvale, CA 94087. *See*, Exhibit A.

5.    Michael B. Mukasey is the Attorney General of the United States and this action is brought against him in his official capacity only, as well as his successors and assigns.   He is generally charged with enforcement of the

---

[1] *See*, Elkhatib v. Bulger, 2006 U.S. Dist. LEXIS 60485 (S.D. Fla. 2006) (fees granted after a plaintiff succeeded in his mandamus action seeking to compel the USCIS to adjudicate his adjustment application) and Aboushaban v. Mueller, 2007 U.S. Dist. LEXIS 15402 (N.D. Cal. 2006) (fees granted after the Court granted a plaintiff's writ of mandamus and ordered the USCIS to adjudicate his adjustment application).

Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the FBI, which is an agency within the U.S. Department of Justice.   More specifically, Mr. Mukasey is responsible for overseeing the FBI's National Name Check Program ("NNCP"), which is mandated by Executive Order No. 10450.  Presently, every intending immigrant must complete an FBI NNCP screening before an adjustment application filed on his or her behalf can be approved.  *See*, 22 C.F.R. §42.67(c)(2).

6.     Robert S. Mueller, III, is the Director of the FBI and is named herein only his official capacity, as well as his successors and assigns, and his duties include ensuring timely completion of all requests made by the USCIS for security clearances, including NNCP screenings. The FBI is headquartered at the J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

7.     Jonathan Scharfen is the Acting Director of the USCIS, who is named herein only his official capacity, as well as his successors and assigns.  He is generally charged with the implementation of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the USCIS.   USCIS is specifically assigned the adjudication of applications for adjustment of status.  USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, D.C.  20529. USCIS has retained Plaintiff's Adjustment Application for over three (3) years and four (4) months without adjudication.

8.     Defendants Mukasey, Scharfen, and Mueller are federal officers and agency heads who perform a significant amount of their official duties in the District of Columbia.

9.     Christina Poulos is the District Director of the California Service Center ("CSC") and is named herein only in her official capacity, as well as her

4

successors and assigns. The Adjustment Application in question was properly filed on Plaintiff's behalf with CSC and, subsequently, transferred to the Nebraska Service Center.

10.    F. Gerard Heinauer is the District Director of the Nebraska Service Center ("NSC") and is named herein only in his official capacity, as well as his successors and assigns. The Plaintiff's Adjustment Application was further transferred from NSC to the National Benefits Center and, subsequently, returned to the NSC. NSC currently retains the Plaintiff's Adjustment Application for adjudication.

11.    Robert M. Cowan is the Director of the National Benefits Center ("NBC") of the USCIS and is named herein only in his official capacity, as well as his successors and assigns. USCIS, through its headquarters in Washington, D.C., any of its four (4) service centers, National Benefits Center, numerous Field Offices, numerous Sub-Offices, and Application Support Centers, has a mandatory duty to act on Plaintiff's application for adjustment of status within a reasonable period of time.

## III. JURISDICTION

12.    This Honorable Court has subject matter jurisdiction over this Complaint under the Constitution and laws of the United States, including the Fifth Amendment to the U.S. Constitution,[2] provisions of Title 8 U.S.C. §1101, *et seq.* (INA), 8 U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"), 28 U.S.C. §1331 (federal question jurisdiction), 28 U.S.C. §1361 (Mandamus Act), 28 U.S.C. §1651 (All Writs Act), as well as under 5 U.S.C. §555

---

[2] The U.S. Supreme Court reminds us that, "the Due Process Clause applies to all 'persons' within the United States, including aliens, whether their presence is lawful, unlawful, temporary, or permanent." *See*, Zadvydas v. Davis, 533 U.S. 678, 679 (2001)

and 701, *et seq.* (APA). Relief is requested pursuant to the U.S. Constitution and these statutes.

13.    When Congress enacted The Immigration Services and Infrastructure Improvements Act of 2000, it set the period of one-hundred-and-eighty days (180) as the normative expectation for the government to complete the processing of an immigrant benefit application. This 180 day period, which begins upon the initial filing of the application, is considered a **reasonable processing time**. *See,* 8 U.S.C. §1571 and Konchitsky v. Chertoff, 2007 U.S. Dist. LEXIS 53998 at 11-15 (N.D. Cal. July 13, 2007)

14.    **Plaintiff's I-485 Application has, therefore, been pending for more than two (2) years and ten (10) months longer than is considered reasonable** under 8 U.S.C. §1571.

15.    This action is filed in response to unreasonable agency delay and failure to complete Plaintiff's FBI NNCP screening and issue a "FBIQUERY System" response to the USCIS, which has unreasonably prevented the adjudication of Plaintiff's Adjustment Application, in violation of the APA. Plaintiff merely seeks to compel FBI action on an unreasonably delayed NNCP screening. **Plaintiff does not seek review of a discretionary decision rendered or act by non-FBI Defendants, including any action on the part of Defendant USCIS.**

16.    There are no administrative remedies available to Plaintiff to redress his grievances described herein. As described more fully below, Plaintiff has contacted the USCIS' National Customer Service Center, the USCIS California Service Center, and the USCIS Nebraska Service Center. He has also attended InfoPass Appointments at his local USCIS Field Office.

17.    Plaintiff's instant action challenges only the reasonableness of Defendants' delay or inaction in the completion of his NNCP screening and transmission of a "FBIQUERY System" response to the USCIS, not the grant or denial of his I-485 Application; therefore, the jurisdictional limitations of 8 U.S.C. §1252 do not apply.

18.    This Court, in an opinion by U.S. District Judge Emmet G. Sullivan, has specifically held that it has subject matter jurisdiction to hear a similar cause of action under the APA filed by an alien whose I-485 adjustment application had been pending since July 23, 2003. *See*, Liu v. Novak, 509 F.Supp. 2d 1, 13 (D.D.C. Aug. 30, 2007)

19.    As noted in Judge Sullivan's opinion, there is significant district court authority holding that subject matter jurisdiction is appropriate for judicial review of an **agency's failure to take action** or to review the pace of adjustment application processing. Id., at 11-12. *See also*, Tang v. Chertoff, 2007 U.S. Dist. LEXIS 64022 at *14-19 (E.D. Ky. Aug, 29, 2007) (**granting a preliminary injunction and writ of mandamus** after finding that USCIS had a non-discretionary duty to process plaintiff's I-485 applications); Xu v. Chertoff, 2007 U.S. Dist. LEXIS 55215 at *2 (E.D. Mich. July 31, 2007) (duty to process I-485 applications within a reasonable time is a **non-discretionary duty** imposed by the APA and reviewable through the mandamus statute); Yan Yang v. Gonzales, 2007 U.S. Dist. LEXIS 42143 at *6 (S.D. Oh. June 11, 2007) (a complaint invoking the court's **mandamus jurisdiction** to compel resolution of I-485 application was appropriate); Song v. Klapakas, 2007 U.S. Dist. LEXIS 27203 at *10 (E.D. Pa. April 12, 2007) (**mandamus jurisdiction** is appropriate because defendants owe plaintiffs a **non-discretionary duty** to act on their adjustment of status applications in a reasonable time); Saleem v. Keisler, 2007

7

U.S. Dist. LEXIS 80044 at *37 (W.D. Wisc. Oct. 26, 2007) (USCIS ordered to adjudicate adjustment application within 60 days); Jin v. Heinauer, 2007 U.S. Dist. LEXIS 89214 at *12-13 (S.D. Ohio Dec. 4, 2007) (USCIS ordered to adjudicate adjustment application within 90 days); Gershenzon v. Gonzales, 2007 U.S. Dist. LEXIS 68600 (W.D. Pa. Sept. 17, 2007) (motion to dismiss denied where USCIS had not adjudicated an adjustment application for more than three years due to an incomplete FBI NNCP screening); Liu v. Chertoff, 2007 U.S. Dist. LEXIS 50173 (E.D. Cal. July 11, 2007) (two-and-a-half year delay); Okunev v. Chertoff, 2007 U.S. Dist. LEXIS 53161 (N.D. Cal. July 11, 2007) (more than a three year delay); Quan v. Chertoff, 2007 U.S. Dist. LEXIS 44081 (N.D. Cal. June 7, 2007) (unreasonable delay); Singh v. Still, 470 F.Supp. 2d 1064, 1072 (N.D. Cal. 2007) (nearly a four year delay); Aboushaban v. Mueller, 2006 U.S. Dist. LEXIS 81076 (N.D. Cal. 2006) (an approximate eight year delay); Salehian v. Novak, 2006 U.S. Dist. LEXIS 77028 (D. Conn. 2006) (two year delay); Duan v. Zamberry, 2007 U.S. Dist. LEXIS 12697 (W.D. Pa. Feb. 23, 2007) (more than a one year delay); Jones v. Gonzales, 2007 U.S. Dist. LEXIS 45012 (S.D. Fla. June 21, 2007) (delays of two and three years); Cao v. Upchurch, 496 F. Supp. 2d 569 (E.D. Pa. 2007) (summary judgment was appropriate as a four year delay was presumptively unreasonable and defendants made no attempt to rebut proof of an unreasonable delay); Dong v. Chertoff, 513 F. Supp. 2d 1158 (N.D. 2007) (jurisdiction appropriate to determine whether action on an adjustment application had been unlawfully withheld); Lopez v. Secretary, DHS, 2007 U.S. Dist. LEXIS 68447 (M.D. Fla. Sept. 17, 2007) (evidentiary hearing granted regarding the reasonableness of a FBI delay in completing a name check); Sawad v. Frazier, 2007 U.S. Dist. LEXIS 75366 (D.Minn. Oct. 9, 2007) (motion to dismiss denied and defendants ordered to provide evidence specific to two adjustment

applications and the related delayed background checks within sixty days); and

Shirmohamadali v. Heinauer, 535 F. Supp.2d 1059, 2008 U.S. Dist. LEXIS 13498

(E.D.Cal. Feb. 22, 2008) (more than a four year delay by the FBI in completion of a

name check was unreasonable).

**IV. VENUE**

20.    Venue is properly with this Court, pursuant to 28 U.S.C. § 1391(e)(1)

because:

a.    Defendant Attorney General Michael B. Mukasey is an officer

of the Department of Justice and is responsible for the operation of the FBI, which is

headquartered in the District of Columbia.[3]    Defendant Mukasey performs a

significant amount of his official duties in the District of Columbia and resides, for

purposes of venue, within the District of Columbia;

b.    Defendant Robert S. Mueller, III, is an officer of the

Department of Justice and is Director of the FBI, which is headquartered in the

District of Columbia. Defendant Mueller performs a significant amount of his official

duties in the District of Columbia and resides, for purposes of venue, within the

District of Columbia;

c.    Defendant Jonathan Scharfen is an officer of the Department

of Homeland Security and is the Acting Director of the USCIS, which is

headquartered in the District of Columbia.    Defendant Scharfen performs a

significant amount of his official duties in the District of Columbia and resides, for

---

[3] It is well-established precedent in this Court that, "When an officer or agency head performs a 'significant amount' of his or her official duties in the District of Columbia, the District of Columbia is a proper place for venue." Jyachosky v. Winter, 2006 U.S. Dist. LEXIS 44399 at 12, hn. 6 (D.D.C. June 29, 2006), citing to Bartman v. Cheney, 827 F.Supp. 1, 1 (D.D.C. 1993) (holding that the Secretary of Defense resides in Washington, D.C. for purposes of 28 U.S.C. § 1391(e))

purposes of venue, within the District of Columbia;

       d.    Defendant Poulos is an officer of the Department of Homeland Security who retains jurisdiction over Plaintiff's Adjustment Application, subject to the discretion of Defendant Scharfen, who resides in the District of Columbia.

       e.    Defendant Heinauer is an officer of the Department of Homeland Security who retains jurisdiction over the Plaintiff's Adjustment Application, subject to the discretion of Defendant Scharfen, who resides in the District of Columbia;

       f.    Defendant Cowan is an officer of the Department of Homeland Security who retains jurisdiction over the Plaintiff's Adjustment Application, subject to the discretion of Defendant Scharfen, who resides in the District of Columbia;

       g.    A substantial part of the events or omissions giving rise to Plaintiff's Complaint occurred within the offices of the FBI, DHS, and USCIS, which are all headquartered in the District of Columbia; and

       h.    Judicial economy and the interests of justice warrant that Plaintiff's action be brought and decided in the District of Columbia, because the above-listed Defendant U.S. officials perform a significant amount of their official duties and their agencies are all located, within the jurisdiction of this Honorable Court, or are subject to the discretion of their Agency Director who is similarly located within the District of Columbia.

       21.    Due to the decentralized nature of USCIS case processing, which allows for the transfer of adjustment of status applications to any USCIS facility located anywhere in the United States of America, at any time, venue is only appropriate in the District Court for the District of Columbia.

**V. STATEMENT OF FACTS**

**A. Eligibility for Adjustment of Status**

22.    On March 2, 2005, Plaintiff filed an I-485 Application for Adjustment of Status with the CSC, pursuant to §245 of the INA, 8 U.S.C. §1255.  *See*, USCIS Form I-797C, Receipt Number WAC-05-105-53350, dated March 7, 2005, a copy of which is attached and incorporated hereto as "Exhibit B."

23.    Plaintiff's Adjustment Application was filed as a derivative adjustment based on his spouse's, Srividya Mamidipudi, Adjustment Application as a direct beneficiary of an immigrant petition. *See*, USCIS Form I-797C, Receipt Number WAC-05-105-53168, dated March 7, 2005, a copy of which is attached and incorporated hereto as "Exhibit C."

24.    Through counsel, Plaintiff and his spouse requested the use by USCIS of an earlier priority date of July 21, 2000, to approve both applicants' Adjustment Applications. This priority date was based on Plaintiff's prior I-140 approval; however, Plaintiff and his spouse requested that USCIS continue to process the Adjustment Applications based on Plaintiff's spouse's I-140 approval. *See*, the Letter from Adam Rosen, Attorney, Law Office of Sheela Murthy, P.C., to CSC, dated February 9, 2006; USCIS Form I-797C Approval Notice, SRC-01-012-51031, for Srikanth Venkatasubramanian, dated May 7, 2001; and USCIS Form I-797C Approval Notice, WAC-05-105-53227, for Srividya Mamidipudi, dated June 13, 2005, copies of which are attached and incorporated hereto as "Exhibit D," "Exhibit E," and "Exhibit F," respectively.

25.    Plaintiff's Adjustment Application was subsequently transferred to the USCIS Nebraska Service Center in order to speed up processing.  *See*, USCIS Form 797C Transfer Notice, dated March 6, 2007, a copy of which is attached and

incorporated hereto as "Exhibit G."

26.    Subsequently, Plaintiff's spouse's Adjustment Application was approved on July 2, 2007. *See*, USCIS Form I-797C Approval Notice, dated July 2, 2007, a copy of which is attached and incorporated hereto as "Exhibit H."

27.    After the approval of his spouse's Adjustment Application, Plaintiff was informed that his Adjustment Application was transferred to the USCIS National Benefits Center in order to speed up processing. *See,* USCIS Form 797C Transfer Notice, dated July 30, 2007, a copy of which is attached and incorporated hereto as "Exhibit I."

28.    Plaintiff has complied with all requests made by the USCIS to complete all necessary steps for the adjudication of his Adjustment Application, including attending four (4) Biometrics appointments on April 7, 2005; October 10, 2006; December 21, 2006; and June 30, 2007, copies of notices of which are attached and incorporated hereto as "Exhibit J," "Exhibit K," "Exhibit L," and "Exhibit M," respectively.

29.    Plaintiff has complied with all requests made by the USCIS to complete all necessary steps for the adjudication of his Adjustment Application, including attending an Initial Interview Appointment on October 2, 2007, at the USCIS San Jose District Field Office. At this Initial Interview, Plaintiff was asked to provide a Police Clearance for all jurisdictions in which he had resided for the past five (5) years. Plaintiff obtained and submitted his Police Clearance the very same day. *See*, USCIS Adjustment of Status Initial Interview Notice; USCIS Document Request by USCIS Officer H. Sarsour for Frank Siciliano, USCIS Officer in Charge, dated October 2, 2007; and Local Clearance Letter from Melva Anima of the Records Unit of the Sunnyvale Department of Public Safety, attesting that Plaintiff

does not have a local record, dated October 2, 2007, copies of which are attached and incorporated hereto as "Exhibit N," "Exhibit O," and "Exhibit P," respectively. Plaintiff has provided all of the information requested by the USCIS and has complied with all notices.

**B. USCIS and FBI Security Checks**

30.    Once an Application for Adjustment of Status is filed, the FBI must conduct mandatory criminal and national security background checks before an adjudication of the application is possible.  These security checks include the FBI NNCP check.    See, Declaration of Bradley J. Brouillette, Supervisory Center Adjudications Officer at the VSC, dated April 23, 2007, at page 2, a copy of which is attached and incorporated hereto as "Exhibit Q."

31.    In a majority of FBI NNCP name checks, no "matches" or indications of derogatory information are found.  See, Exhibit Q, page 2.

32.    The FBI processes USCIS-requested NNCP checks chronologically, based on the date the request was forwarded.  Initial responses to the NNCP check are generally available within two (2) weeks.  In eighty percent (80%) of applications, no "match" or derogatory information is found.  Of the remaining twenty percent (20%), most NNCP checks are resolved within six (6) months.  See, Exhibit Q, page 6 and USCIS Fact Sheet, dated April 25, 2006, which was referenced in and incorporated into Mr. Brouillette's Declaration, at pages 2-3.

33.    Less than **one percent (1%) of cases** subject to an FBI NNCP check **remain pending longer than six (6) months**.  See, Exhibit Q, USCIS Fact Sheet, page 2.

34.    The FBI has stated, in a declaration previously submitted to this Court, that it has historically resolved approximately sixty-eight percent (68%) of

NNCP name checks with a "no record" result within **seventy-two (72) hours**. Of the remaining cases, a secondary check historically has revealed a "no record" result within an additional **thirty to sixty (30 - 60) days** for twenty-two percent (22%) of all cases. Of the remaining ten percent (10%) of cases, less than **one percent (1%)** of USCIS cases are identified with a file containing *possible* derogatory information. *See*, Declaration of Michael A. Cannon, dated April 13, 2007, at pages 5-6, a copy of which is attached and incorporated hereto as "Exhibit R."

**C. Exhaustion of Administrative Remedies**

35.     Plaintiff, by himself and through legal counsel, has made repeated inquiries regarding the status of his I-485 Application for Adjustment of Status. Plaintiff contacted the USCIS National Customer Service line and the California Service Center numerous times between March 2, 2005, and the present, but was advised in writing that his Adjustment Application was delayed due to security/name checks. *See*, Exhibit A; Communication to and Reply from USCIS Officer M. Bueno, CSC, dated June 28, 2006; Communication to and Reply from USCIS Officer R. Cruz, Congressional & Customer Service Relations, CSC, dated August 10, 2006; USCIS NBC Letter, dated March 7, 2008, copies of which are attached and incorporated hereto as "Exhibit S," "Exhibit T," and "Exhibit U," respectively.

36.     Plaintiff scheduled and attended four (4) InfoPass Appointments on November 21, 2007; December 5, 2007; February 15, 2008; and March 26, 2008, at his local USCIS Field Office. *See*, InfoPass Appointment Confirmations, copies of which are attached and incorporated hereto as "Exhibit V," "Exhibit W," "Exhibit X," and "Exhibit Y," respectively.

**D. Plaintiff's Mandamus Action**

37.    In order to obtain relief under the Mandamus Act, Plaintiff must establish that (1) the claim is "clear and certain;" (2) the duty owed is "ministerial and so plainly prescribed as to be free from doubt;" and (3) that no other adequate remedy is available.  *See*, Patel v. Reno, 134 F.3d 929, 931 (9th Cir. 1997)

38.    Plaintiff has demonstrated through the FBI's own Declaration that Defendant FBI has a non-discretionary duty to complete all USCIS-requested NNCP name checks within a reasonable time.  There is no legal authority for the argument that the FBI may choose not to complete a USCIS-requested NNCP name check. *See*, Exhibit Q and Exhibit R.

39.    Plaintiff has demonstrated that his claim for relief from the FBI's inaction is clear and certain in that there is no legal authority for the FBI to justify its inaction or to refuse to complete his USCIS-requested NNCP name check.

40.    The FBI's duty to complete Plaintiff's NNCP name check is purely ministerial in nature and so plainly prescribed by Executive Order that the Agency's duty is free from doubt.

41.    Plaintiff's exhaustion of remedies, as described above, shows that there is no other adequate remedy available to him.

**VI.  INJURIES TO PLAINTIFF**

42.    Plaintiff is adversely affected by the Defendant FBI's inaction described above in that his ability to travel abroad and work is restricted during the pendancy of his I-485 Application period.  Until his FBI NNCP name check is completed, Plaintiff must annually apply and pay for special travel permission and work authorizations.

43.     Plaintiff has lost a significant amount of work time while pursuing the adjudication of his Application for Adjustment of Status, including but not limited to, making inquiries to the USCIS, attending Infopass appointments at his local USCIS Field Office, meeting with his attorneys, and applying for annual work authorization renewals.

44.     Due to Defendant FBI's inaction described above, Plaintiff's future naturalization (to become U.S. Citizens) has been delayed.

## VII. GROUNDS FOR RELIEF

45.     Defendant FBI's inaction and refusal to complete Plaintiff's NNCP screen and to transmit a "FBIQUERY System" response are both arbitrary and capricious, as the FBI has a **mandatory, non-discretionary** duty, as required by law, to complete this process.  5 U.S.C. §701, 702 and 706, *et seq.* and 5 U.S.C. §555

46.     Defendant FBI's inaction is a violation of the APA in that it has unlawfully withheld or unreasonably delayed action on Plaintiff's FBI NNCP name check.

47.     The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(I)

48.     Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action. 28 U.S.C. §1361

49.     If Plaintiff prevails under any of his claims stated herein, he is entitled to recover his attorneys' fees and costs under the EAJA, as amended, 5 U.S.C. §504 and 28 U.S.C. §2412.

## VIII. CLAIMS FOR RELIEF

50.     Defendant FBI has unreasonably delayed and failed to perform a

16

mandatory action in completing Plaintiff's NNCP screen and transmitting a "FBIQUERY System" response to the USCIS, thereby preventing the adjudication of Plaintiff's I-485 Adjustment Application, which was filed over three (3) years and four (4) months ago and depriving Plaintiff of lawful permanent resident status, as well as benefits conferred there from, including the accrual of time to apply for U.S. citizenship.

51.    Defendant FBI owes Plaintiff the duty to act and complete his NNCP screen and transmit a "FBIQUERY System" response and has unreasonably failed to perform these duties.

52.    Plaintiff has exhausted any administrative remedies that may exist. No other remedy exists for Plaintiff to resolve Defendant FBI's inaction.

WHEREFORE, Plaintiff prays that this Honorable Court:

(1) Compel Defendant Attorney General Mukasey and Defendant FBI Director Mueller, and those acting under them, to perform their duty to complete Plaintiff's NNCP screen and a transmit "FBIQUERY System" response to the USCIS;

(2) Grant such other and further equitable relief as this Court deems proper under the circumstances; and

(3) Grant attorney's fees, expenses and costs of court, pursuant to the EAJA.

Aron A. Finkelstein, Esquire
DC Federal Bar No. MD25560
Murthy Law Firm
10451 Mill Run Circle
Suite 100
Owings Mills, MD 21117
(410) 356-5440

Attorney for Plaintiff

## Table Of Exhibits

Affidavit of Srikanth Venkatasubramanian – 07/29/2008................................... Exhibit A

USCIS Receipt Notice for I-485 Application by Srikanth Venkatasubramanian – 03/02/2005................................................................................................ Exhibit B

USCIS Receipt Notice for I-485 Application by Srividya Mamidipudi – 03/02/2007................................................................................................ Exhibit C

Letter from Adam Rosen, Attorney, Law Office of Sheela Murthy, P.C. – 02/09/2006................................................................................................ Exhibit D

USCIS Approval Notice for I-140 Petition by Trilogy Software, Inc., for the benefit of Srikanth Venkatasubramanian – 05/07/2001................................ Exhibit E

USCIS Approval Notice for I-140 Petition by Srividya Mamidipudi – 06/13/2005 Exhibit F

USCIS Transfer Notice for I-485 Application by Srikanth Venkatasubramanian from CSC to NSC – 03/06/2007............................................................... Exhibit G

USCIS Approval Notice for I-485 Application by Srividya Mamidipudi – 07/02/2007................................................................................................ Exhibit H

USCIS Transfer Notice for I-485 Application by Srikanth Venkatasubramanian from NSC to NBC – 07/30/2007............................................................... Exhibit I

Biometrics Appointment Notice for Srikanth Venkatasubramanian – 04/07/2005................................................................................................ Exhibit J

Biometrics Appointment Notice for Srikanth Venkatasubramanian – 10/10/2005................................................................................................ Exhibit K

Biometrics Appointment Notice for Srikanth Venkatasubramanian – 12/21/2006................................................................................................ Exhibit L

Biometrics Appointment Notice for Srikanth Venkatasubramanian – 06/30/2007................................................................................................ Exhibit M

Adjustment of Status Initial Interview Notice for Srikanth Venkatasubramanian – 10/02/2007................................................................................................ Exhibit N

USCIS Required Documents Notice for Police Clearances – 10/02/2008......... Exhibit O

Police Clearance from Sunnyvale Department of Public Safety – 10/02/08...... Exhibit P

Declaration of Bradley J. Brouillette – 04/23/2007............................................. Exhibit Q

Declaration of Michael A. Cannon – 04/13/2007................................................ Exhibit R

Communication to and Reply from M. Bueno, USCIS, CSC – 06/28/2006........ Exhibit S

Communication to and Reply from Officer R. Cruz, USCIS, CSC,
Congressional & Customer Service Relations – 08/10/2006............................    Exhibit T

USCIS NBC Status Letter – 03/07/2008……………..…………………………...    Exhibit U

USCIS InfoPass Appointment for Srikanth Venkatasubramanian – 11/21/2007    Exhibit V

USCIS InfoPass Appointment for Srikanth Venkatasubramanian – 12/05/2007    Exhibit W

USCIS InfoPass Appointment for Srikanth Venkatasubramanian – 02/15/2008    Exhibit X

USCIS InfoPass Appointment for Srikanth Venkatasubramanian – 03/26/2008    Exhibit Y

End of Exhibits

# EXHIBIT A

**State of California**            )
                                   )    **SSN: 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**
**County of Santa Clara**          )

## AFFIDAVIT

I, Srikanth Venkatasubramanian, after being duly sworn, do hereby state and affirm that:

1. I am a citizen and national of India, aged 36 years, and am competent to testify to the facts herein.

2. I currently reside at 1373 Zurich Terrace, Sunnyvale, CA 94087.

3. My date of birth is October 23, 1971, and I was born in India.

4. I filed my Form I-485 Application for Adjustment of Status, Receipt Number WAC-05-105-53350, on March 2, 2005, which has now been pending for more than three (3) years and four (4) months.

5. I filed my Form I-485 Application to the California Service Center as a derivative adjustment based on the Form I-485 Application of my spouse, Srividya Mamidipudi, Receipt Number WAC-05-105-53168.

6. My spouse's Form I-485 Application was approved on July 2, 2007.

7. My Form I-485 Application was transferred from the California Service Center to the Nebraska Service Center on March 6, 2007, and from the Nebraska Service Center to the National Benefits Center on July 30, 2007, to speed up processing.

8. I was informed by USCIS officers at Infopass appointments on December 5, 2007, March 26, 2008, and March 28, 2008, that my Form I-485 Application had been transferred back to the Nebraska Service Center.

9. My Form I-485 Application has been pending since March 2, 2005, and I have completed all steps and complied with all U.S. Citizenship and Immigration Service ("USCIS") requests regarding my case, including attending Biometrics appointments on April 7, 2005, October 10, 2006, December 21, 2006, and June 30, 2007; attending an Adjustment of Status Initial Interview on October 2, 2007; and providing requested police clearances.

10. I have been informed by U.S. government sources that my I-485 Application is being delayed because of an unreasonable agency delay in that the Federal Bureau of Investigations ("FBI") has not completed my National Name Check Program (NNCP) clearance and generated a "FBIQUERY System" response, which is required before the USCIS may adjudicate my I-485 Application.

11. I have made numerous requests regarding the status of my delayed I-485 Application including:

    a. Contacting the USCIS' National Customer Service Center;

    b. Contacting the USCIS California Service Center;

    c. Contacting the USCIS Nebraska Service Center; and

    d. Attending Infopass appointments at my local USCIS field office.

12. Despite these repeated attempts, and a delay of over three (3) years and four (4) months, my I-485 Application has not been adjudicated, due to this FBI NNCP processing delay.

13. The FBI's unreasonable delay in completing my NNCP check is preventing me from having my I-485 Application adjudicated, becoming a lawful permanent resident and, eventually, a U.S. citizen.

I AFFIRM under penalty of perjury and upon personal knowledge that the above statements and facts are true and accurate to the best of my knowledge, information and belief.

Signature: _____
Srikanth Venkatasubramanian

Date: _____
July 29, 2008

State of California County of
Santa Clara
Subscribed and sworn to (or affirmed)
Before me on this 29 day of July, 2008, by
Srikanth Venkatasubramanian
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____

K. C. OLSON
COMM. NO. 1595405
NOTARY PUBLIC - CALIFORNIA
COUNTY OF SANTA BARBARA
COMM. EXPIRES AUG. 13, 2009

# EXHIBIT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-05-105-53350 | | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT    A79 465 171 |
|---|---|---|
| March 2, 2005 | | VENKATASUBRAMANIAN, SRIKANTH |

| NOTICE DATE | PAGE |
|---|---|
| March 7, 2005 | 1 of 1 |

LEENA SNELLMAN ESQ
THE LAW OFFICE OF SHEELA MURTHY P
RE: SRIKANTH VENKATASUBRAMANIAN
10451 MILL RUN CIRCLE STE 100
OWINGS MILLS MD 21117

**Notice Type:** Receipt Notice

Amount received: $ 385.00

Section: Derivative adjustment

---

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



Form I-797C (Rev. 08/31/04) N

# EXHIBIT C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-105-53168 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>March 2, 2005 | PRIORITY DATE | APPLICANT  A98 453 504<br>MAMIDIPUDI, SRIVIDYA |
| NOTICE DATE<br>March 7, 2005 | PAGE<br>1 of 1 | |

LEENA SNELLMAN ESQ
THE LAW OFFICE OF SHEELA MURTHY P
RE: SRIVIDYA MAMIDIPUDI
10451 MILL RUN CIRCLE STE 100
OWINGS MILLS MD 21117

**Notice Type:** Receipt Notice

**Amount received: $ 385.00**
Section: Adjustment as direct
            beneficiary of immigrant
            petition

**Receipt notice**   If any of the above information is incorrect, call customer service immediately.

**Processing time**   Processing times vary by kind of case.
    You can check our current processing time for this kind of case on our website at **uscis.gov**.
    On our website you can also sign up to get free e-mail updates as we complete key processing
    steps on this case.
- Most of the time your case is pending the processing status will not change because we will be
    working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
    If you move while this case is pending, call customer service when you move.
    Processing times can change.  If you don't get a decision or update from us within our current
    processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you
contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident.  This process will
allow USCIS to concentrate resources first on cases where visas are actually available.  This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status.  Refer to **www.state.gov/travel**
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800 375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N

# EXHIBIT D



# THE LAW OFFICE OF SHEELA MURTHY, P.C.

U.S. IMMIGRATION LAW

10451 MILL RUN CIRCLE, SUITE 100                                    February 9, 2006
OWINGS MILLS, MARYLAND, 21117-5594, USA

<u>VIA FACSIMILE</u>

U.S. Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Floor, Room 2302
Laguna Niguel, California 92677

RE:     **I-485 Application to Adjust Status of Dr. Srividya Mamidipudi** and her spouse, **Mr. Srikanth Venkatasubramanian**

      **Applicant: Srividya Mamidipudi (Receipt #: WAC-05-105-53168/A #: 98 453 504)**
      **Applicant: Srikanth Venkatasubramanian (Receipt #: WAC-05-105-53350/A #: 79 465 171)**

Dear Sir or Madam:

In connection with the above-captioned matter, please use **the earlier priority date of July 21, 2000 to approve the I-485 Applications of both Applicants.** The cases have been pending since March 2005 in the <u>**EB2 category based on the I-140 approved for Dr. Srividya Mamidipudi.**</u>

8CFR § 204.5(e) states, "the alien shall be entitled to the earliest priority date." The exceptions to the general rules of chargeability at 9 FAM 42.12 N2.3, provide that one spouse may be treated as the other spouse, with a primary applicant being treated as a dependent applicant and vice versa.

Therefore, please continue to process the above referenced I-485 Applications based on the I-140 petition approved for Dr. Srividya Mamidipudi (WAC-05-105-53227), but instead using the Priority Date of July 21, 2000 from SRC-01-012-51031, that was approved for Dr. Mamidipudi's husband, Srikanth Venkatasubramanian.

Thank you for taking the time to review this matter. Please provide written confirmation of the status of these I-485 applications. If you should have any questions, please contact our office.

Very truly yours,

Adam Rosen
Attorney-at-Law

Enclosures

# EXHIBIT E

## THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>SRC-01-012-51031 | CASE TYPE **I140**<br>IMMIGRANT PETITION FOR ALIEN WORKER | |
| RECEIPT DATE<br>October 17, 2000 | PRIORITY DATE<br>July 21, 2000 | PETITIONER<br>TRILOGY SOFTWARE INC |
| NOTICE DATE<br>May 7, 2001 | PAGE<br>1 of 1 | BENEFICIARY A79 465 171<br>VENKATASUBRAMANIAN, SRIKANTH |

BRIGITTE HOCKING
FRAGOMEN DEL REY BERNSEN AND LOEWY
5000 QUORUM DR STE 215
DALLAS TX 75240

Notice Type:  Approval Notice
Section:  Mem of Profession w/Adv Deg,or
          of Exceptn'l Ability
          Sec.203(b)(2)

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition  with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (214) 381-1423



# EXHIBIT F

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

---

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-105-53227 | | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>March 4, 2005 | PRIORITY DATE<br>March 2, 2005 | PETITIONER<br>MAMIDIPUDI, SRIVIDYA |
| NOTICE DATE<br>June 13, 2005 | PAGE<br>1 of 1 | BENEFICIARY  A98 453 504<br>MAMIDIPUDI, SRIVIDYA |

| | |
|---|---|
| CARLA O DONOGHUE ESQ<br>THE LAW OFFICE OF SHEELA MURTHY P<br>RE: SRIVIDYA MAMIDIPUDI<br>10451 MILL RUN CIRCLE STE 100<br>OWINGS MILLS MD 21117 | Notice Type:  Approval Notice<br>Section: Indiv w/Adv Deg or Exceptional<br>Ability in the National<br>Interest |

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N

# EXHIBIT G

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| WAC-05-105-53350 | RESIDENT STATUS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT A079 465 171 |
|---|---|---|
| March 4, 2005 | | VENKATASUBRAMANIAN, SRIKANTH |

| NOTICE DATE | PAGE |
|---|---|
| March 6, 2007 | 1 of 1 |

SRIKANTH VENKATASUBRAMANIAN
1373 ZURICH TER
SUNNYVALE CA 94087

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N

# EXHIBIT H

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-05-105-53168 | | RESIDENT STATUS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT  A098 453 504 |
|---|---|---|
| March 4, 2005 | March 2, 2005 | MAMIDIPUDI, SRIVIDYA |

| NOTICE DATE | PAGE |
|---|---|
| July 2, 2007 | 1 of 1 |

LEENA SNELLMAN ESQ
THE LAW OFFICE OF
RE: SRIVIDYA MAMIDIPUDI
10451 MILL RUN CIRCLE STE 100
OWINGS MILLS MD 21117

**Notice Type:** Welcome Notice
**Section:** Adjustment as direct
beneficiary of immigrant
petition

**COA:** E26

### WELCOME TO THE UNITED STATES OF AMERICA

This is to notify you that your application for permanent residence has been approved.  It is with great pleasure that we welcome you to permanent resident status in the United States.

At the top of this notice you will see a very important number.  It is your INS A# (A-number).  This is your permanent resident account and file number.  This permanent account number is very important to you.  You will need it whenever you contact us.

We will soon mail you a new *Permanent Resident Card*.  You should receive it within the next 3 weeks.  You can use it to show your new status.  When you receive your card you must carry it with you at all times if you are 18 or older.  It is the law.

Please call us at **800-375-5283** if any of the information about you shown above is incorrect, if you move before you receive your card, or if you don't receive your card within the next 3 weeks.  If you call us, please have your A# and also the receipt number shown above available.  The receipt number is a tracking number for your application.

Please read the notice that comes with your card.  It will have important information about your card, about your status and responsibilities, and about permanent resident services available to you.

Your new card will expire in ten years.  While card expiration will not directly affect your status, you will need to apply to renew your card several months before it expires.  When the time comes and you need filing information, or an application, or if you ever have other questions about permanent resident services available to you, just call our *National Customer Service Center* at **1-800-375-5283** or visit the INS website at **www.bcis.gov.**  (If you are hearing impared, the NCSC's TDD number is **1-800-767-1833.**)  The best days to call the NCSC are Tuesday through Friday.

Once again, welcome to the United States and congratulations on your permanent resident status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA..

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797 (Rev. 01/31/05) N

# EXHIBIT I

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-05-105-53350 | | CASE TYPE: I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE March 4, 2005 | PRIORITY DATE | APPLICANT  A079 465 171 VENKATASUBRAMANIAN, SRIKANTH |
| NOTICE DATE July 30, 2007 | PAGE 1 of 1 | |

SRIKANTH VENKATASUBRAMANIAN
1373 ZURICH TER
SUNNYVALE CA 94087

**Notice Type:**  Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

   USCIS-NBC, PO BOX 648005, Lee's Summit, MO 64064

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 01/31/05) N

# EXHIBIT J

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | |
|---|---|
| | NOTICE DATE<br>03/17/2005 |

| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A079465171 |
|---|---|---|

| APPLICATION NUMBER<br>WAC0510553350 | CODE<br>3 | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS
SRIKANTH VENKATASUBRAMANIAN
c/o LEENA  SNELLMAN ESQ
THE LAW OFC OF SHEELA MURTHY P C
10451 MILL RUN CIRCLE STE 100
OWINGS MILLS, MD 21117

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE, CA 95131 | 04/07/2005<br>3:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
WAC0510553350

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

# EXHIBIT K

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | |
|---|---|---|
| APPLICATION NUMBER WAC0510553350 | | NOTICE DATE 9/19/2006 |

| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A079465171 | CODE 1 |
|---|---|---|---|
| | TCR | SERVICE CENTER WSC | PAGE 1 of 1 |

SRIKANTH VENKATASUBRAMANIAN
1373 ZURICH TER
SUNNYVALE, CA 94087

BIOMETRICS PROCESSING STAMP

ASC SITE CODE
BIOMETRICS QA REVIEW BY:

ON
TENPRINTS QA REVIEW BY:
ON    OCT 1 0 2006

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE | 10/10/2006 |
| 122 CHARCOT AVE. | 9:00 AM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

APPLICATION NUMBER I
I485    . WAC0510553350

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

# EXHIBIT L

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER<br>WAC0510553350 | | NOTICE DATE<br>12/6/2006 |
|---|---|---|---|
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A079465171 | CODE<br>1 |
| | TCR | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |

SRIKANTH VENKATASUBRAMANIAN
1373 ZURICH TER
SUNNYVALE, CA 94087

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE, CA 95131 | DATE AND TIME OF APPOINTMENT<br>12/21/2006<br>9:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice for your records, then mail the orginal with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

APPLICATION NUMBER 1
I485      .   WAC0510553350

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# EXHIBIT M

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| ASC Appointment Notice | APPLICATION NUMBER WAC0510553350 | | NOTICE DATE 6/4/2007 |
|---|---|---|---|
| CASE TYPE I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A079465171 | CODE I |
| | TCR | SERVICE CENTER NSC | PAGE 1 of 1 |

SRIKANTH VENKATASUBRAMANIAN
1373 ZURICH TER
SUNNYVALE, CA 94087



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SAN JOSE 122 CHARCOT AVE. SAN JOSE, CA 95131 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** **DATE AND TIME OF APPOINTMENT** 06/30/2007 1:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA  95131

APPLICATION NUMBER I
I485      -   WAC0510553350



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

**EXHIBIT N**

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | NOTICE DATE August 15, 2007 |
|---|---|---|
| CASE TYPE FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A# A 079 465 171 |
| APPLICATION NUMBER WAC0510553350 | RECEIVED DATE March 02, 2005 | PRIORITY DATE March 02, 2005 | PAGE 1 of 1 |

SRIKANTH VENKATASUBRAMANIAN
c/o LEENA SNELLMAN ESQ
THE LAW OFFICE OF
RE: SRIKANTH VENKATASUBRAMANIAN
OWINGS MILLS MD  21117

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13))*

**Who should come with you?**

☐ **If your eligibility is based on your marriage, your husband or wife must come with you to the interview.**
☐ If you do not speak English fluently, you should bring an interpreter.
☐ Your attorney or authorized representative may come with you to the interview.
☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE: Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)

☐ This Interview Notice and your Government issued photo identification.
☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
    ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
    ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
☐ Your Birth Certificate.
☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
☐ If you have children, bring a Birth Certificate for each of your children.
☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
    ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
    ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
    ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
    ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW.** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO:  U.S. Citizenship and Immigration Services 1887 MONTEREY ROAD 2ND FLR ROOM 200 SAN JOSE CA 95112 | ON: Tuesday, October 02, 2007 AT:  08:00 AM |
|---|---|
| 5 | REPRESENTATIVE COPY |

# EXHIBIT O



# DEPARTMENT OF HOMELAND SECURITY
### *U.S. Citizenship and Immigration Services*
*1887 Monterey Road*
*San Jose, CA. 95112*

## SUBMIT THIS NOTICE WITH REQUIRED DOCUMENT (S) AND KEEP A COPY OF THIS NOTICE AND SUPPORTING DOCUMENTS FOR YOUR RECORDS

Applicant's Name:  Srikanth Venkatasubramanian                          October 2, 2007

Refer to File #:  A079 465 171                              Officer:  **H. Sarsour**

A decision cannot be made until you submit the document(s) or information requested below. PLEASE MAIL the document(s) information to the above address within 30 days. Pursuant to 8 CFR 103.2(b)(8), **you have 30 days from the date of this notice to comply. Failure to do so may result in the denial of your application.**

**Submit the following documents:** (*All documents containing language other than English must be submitted with a full English Translation*)

- ☐ Form I-130 Relative Alien Petition (Copy of original or completed duplicate no fee)
- ☐ Form I-693 Medical Examination AND Supplemental form to I-693 (all required Immunizations/Vaccinations)
- ☐ Form I-134 / I-864 Affidavit of Support  - From petitioner and/or Co-Sponsor
- ☐ Form G-325A Biographic Information
- ☐ Fingerprints Referral for ASC at SNJ / SALINAS on: _____
- ☐ Form I-601, Application for Waiver of Grounds of Excludability,  $265.00 Check/Money Order (payable to USCIS) **AND** Statement of Extreme Hardship from Petitioner (health, financial consideration, education, personal consideration, special factors, etc.).
- ☐ Immigration specified color photos (3)
- ☐ Advance Parole (I-512) OR Copy of all foreign travel documents.
- ☒ Police clearances for **all jurisdictions** where you have **resided** for the **last 5 years.**
- ☐ Employment letter with company letterhead (business stationery) showing salary, start date, and position held) sponsor/and co-sponsor.
- ☐ Proof of marital union (rental agreement, deeds, insurance policies, utility bills, bank/credit statements, tax returns, and other evidence of marital union, etc.).
- ☐ **Certified Final Court Dispositions AND Conviction Documents,** or evidence of expungement of record, or "No Record" found from court of your arrest (s):
- ☐ Non-Availability of document certified by civil authorities for _____
- ☐ Original and a Copy of registered birth certificate for _____
- ☐ Original and a Copy of registered marriage certificate between _____
- ☐ Original and a Copy of registered FINAL divorce decree between _____
- ☐ Original and a Copy of registered death certificate of _____
- ☐ Two (2) affidavits regarding _____
- ☐ Copy of Naturalization Certificate for OR U.S. passport of: _____
- ☐ Complete copies of Income Tax Returns AND W-2 for _____
- ☐ A statement from an officer of the bank or other financial institution in which you have deposits, including deposit/ withdrawal history for the last 12 months, and current balance of: _____
- ☒ Other    RETURN THIS FORM ALONG WITH DOCUMENTS BY CERTIFIED MAIL ONLY.

---

☐  *Your application for permanent resident is pending for fingerprint clearance. It will take        approximately 120 days to receive the fingerprint result. After 90 days of your fingerprint        taken, please send us a copy of this notice to the address above.*

---

☒ **New Address (if you moved)**

For Frank Siciliano, Officer in Charge

# EXHIBIT P



**SUNNYVALE DEPARTMENT OF PUBLIC SAFETY**
**700 ALL AMERICA WAY**
**SUNNYVALE, CA 94088**

Date Prepared: 10/02/2007

To Whom It May Concern:

This letter is to provide the following information:
The Sunnyvale Department of Public Safety has performed a local police records check on the following individual:

Name: <u>Venkatasubramanian, Srikanth</u>       Date of Birth: <u>October 23, 1971</u>
AKA:   <u>Srikanth, Venkatasubramanian</u>       <u>10/23/1971</u>       _____

**NOTICE: Page 2 of this letter is a signature page for the requestor, verifying the documentation provided to obtain this clearance letter.**

☒ DL/ID No. <u>D3538848</u>       State   ca

☐ Passport:

No. _____ Country of Origin: _____

☐ Other Documentation: _____

01 10/02/2007 11:08  012115  PLU
CLEAR LTR                    $48.00
                               MSA

At the request of the above named individual, our in-house database has been checked to determine if they have ever been any arrested or cited by the Sunnyvale Department of Public Safety. If an arrest or citation has been noted, our County database has been checked to determine the disposition of the case.

This records check was done solely on the basis of the above information provided and was not based on fingerprint confirmation of the individual's identity. Any information provided pertains only to adult arrests or citations initiating with the Sunnyvale Department of Public Safety resulting in a final conviction and references no other agency.

This records check indicates that the individual noted:

☐ Has a local record with the Sunnyvale Department of Public Safety --
Disposition information as follows (listed in sequential order):
Case Number(s):
Court Docket(s):
Court(s):
Disposition(s):

☒ Does not have a local record with the Sunnyvale Department of Public Safety

Prepared By: _M. Anima_
                Melva Anima
                Records Unit



*Page 2 Perjury Statement Local Clearance Letter June 2007*

**SUNNYVALE DEPARTMENT OF PUBLIC SAFETY**
**700 ALL AMERICA WAY**
**SUNNYVALE, CA 94088**

## Sunnyvale Department of Public Safety

## Local Clearance Letter Documentation Perjury Statement:

**This is to certify that the documentation provided for this Local Clearance Letter is valid, and belongs to the subject of this local background check:**

**"I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct":**

_____          10/02/2007 SUNNYVALE, SANTA CLARA County, CALIFORNIA
Signature                          Date/City, County, State

# EXHIBIT Q

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Zaigang Liu,                                           ) Case No.: 1:07CV00263
                                                       )
          Plaintiff,                                   )
     vs.                                               ) Declaration of Bradley J. Brouillette
                                                       )
Paul Novak, Director, Vermont Service Center )
U.S Department of Homeland Security, U.S.    )
Citizenship and Immigration Services; Emilio )
Gonzalez, Director, U.S. Citizenship and     )
Immigration Services; Robert S. Mueller, III,
Director, Federal Bureau of Investigation,

          Defendants

I, BRADLEY J. BROUILLETTE declare as follows:

1.    I am employed by the United States Citizenship and Immigration Services (hereinafter
      "USCIS") as a Supervisory Center Adjudications Officer at the Vermont Service Center
      (hereinafter "VSC"), in St. Albans, Vermont. I have held this position since December
      2003. I have been employed by the agency in various capacities since November 1995. I
      make this declaration based on my personal knowledge and my review of official
      documents and records maintained by the USCIS. If called to testify, I could and would
      do so competently.

2.    This declaration is submitted in support of Defendants' motion to dismiss in the case of
      Zaigang Liu v. Novak et al., 1:07CV00263, now pending before the United States
      District Court for the District of Columbia. It provides a factual summary of the agency's
      adjudication policy as well as a review of the plaintiff's file.

1

3.     When a visa petition or other application seeking an immigration benefit on behalf of an alien is filed with USCIS, the agency conducts numerous mandatory criminal and national security background checks. These checks are conducted both to enhance national security and ensure the integrity of the immigration process. These security and background checks serve to screen out aliens who may seek to harm the United States and its citizens or who may be seeking immigration benefits improperly or fraudulently. These security checks have yielded information about applicants involved in violent crimes, sex crimes, crimes against children, drug trafficking and individuals with known links to terrorism. Pursuant to established agency policy, all required security checks must be completed prior to adjudication of the application.

4.     The attached Fact Sheet explains the different types of checks that must be completed. (See Fact Sheet, dated April 25, 2006, a true and correct copy of which is attached hereto as Exhibit 1). The checks include the FBI Name Check, FBI fingerprint check, and the DHS-managed Interagency Border Inspection System (IBIS). The records maintained in the FBI name check process consist of administrative, applicant, criminal, personnel and other files compiled by law enforcement agencies. Although in the majority of FBI name checks no matches are found, some cases involve complex or highly sensitive information and cannot be resolved quickly. The IBIS system contains records and information from more than 20 federal law enforcement and intelligence agencies including the Central Intelligence Agency (CIA), FBI and other divisions of the U.S. Department of Justice, the Department of State, DHS Customs and Border Protection (CBP) and other DHS agencies. It is a multi-agency effort with a central system that combines information from these various sources and databases to compile information regarding national security risks, public safety concerns, and other law enforcement concerns. IBIS provides, but is not limited to, information related to persons who are wanted criminals, persons of interest in the context of national security, and other derogatory information, including adverse immigration history. While the

2

1   results of an IBIS query are usually available immediately, in some cases information

2   found will require further investigation. Finally, FBI fingerprint checks provide

3   information relating to criminal background within the United States. Results are

4   usually received within days and while the vast majority results in no criminal record,

5   positive results may have a direct bearing on the eligibility of an applicant for the

6   immigration benefit being sought.

7   5.   Once USCIS receives an I-485 a file is opened and an electronic record of that

8   application is created. Much of this initial electronic processing and data entry is

9   automated, including the automatic generation and electronic transmission of a FBI name

10   check request in FBIQUERY, the FBI repository and tracking system for FBI Name

11   Check requests. Once the initial file creation and processing of an I-485 application is

12   complete, each file is placed on an I-485 pending shelf for processing and adjudication in

13   chronological order according to date of receipt.

14

15   6.   Due to bi-specialization, the VSC no longer accepts any new I-485 applications. All

16   pending cases being held for FBI name and date of birth check clearance and Visa

17   Availability have been sent to the Texas Service Center. The VSC has retained

18   approximately 15,000 pending cases in which the adjudicative process had already begun

19   and the adjudication of those cases will be completed at the VSC.

20

21   7.   VSC periodically runs an electronic report in FBIQUERY system for all files on the I-

22   485 pending shelf to confirm the successful transmission of the FBI Name Check request

23   and to identify those applications that have received responses from the FBI name checks

24   and FD-258 (fingerprints) and are thus ready for adjudication. FBI name check requests

25   that have been received by the FBI but have not yet been completed are indicated by a

26   notation of "Pending" in FBIQUERY. An FBI Name Check that has been completed will

27

1   be indicated by various entries depending on the result, including No Record, Positive

2   Response, etc.

3   8.   This report will also identify those I-485 applications that have received a "No Data" or

4   "Error" response in FBIQUERY indicating a problem with transmission of the name

5   check request from USCIS to the FBI. If such a problem is reported, the FBI name check

6   requests will then be initiated a second time and resent manually or electronically to the

7   FBI for a response. In this way USCIS ensures that the FBI has in fact received all

8   

9   requests for name checks.

10  9.   All files on the FBI Name Check Shelf are audited regularly in order to identify those in

11  which a response from the FBI has been received. This audit is conducted at least every

12  three weeks or more often. In this manner the agency ensures that as FBI responses are

13  received, files are expeditiously released for adjudication. FBIQUERY reports do not

14  provide USCIS with any indication as to what information the FBI may have relating to a

15  particular alien, whether an FBI investigation into the particular alien has been

16  

17  undertaken, or whether there are national security concerns relating to that alien.

18  10.  For most applicants, USCIS can quickly determine if there are criminal or security

19  related issues in the applicant's background that affect eligibility for immigration

20  benefits. However, due both to the sheer volume of security checks USCIS conducts,

21  and the fact that USCIS must await responses from the FBI or other relevant agencies

22  that conduct some of the required security checks, some delays on individual

23  applications are unavoidable and may be lengthy. Moreover, in some cases a

24  background or security check will reveal that positive (derogatory) information on the

25  subject alien is possessed by some agency other than USCIS without necessarily

26  revealing the substance of that information. In such cases, USCIS works closely with

27  the other law enforcement or intelligence agencies to obtain all available information

4

1   concerning the positive result in order to properly evaluate its significance. Even where

2   the FBI or a third agency has provided a final response, a case may still be considered

3   pending where the response requires further investigation or review by USCIS or

4   another agency.   It is vitally important to thoroughly screen each applicant in order to

5   resolve all concerns of a law enforcement or national security nature before determining

6   that an individual is eligible for an immigration benefit.

7   11.   The agency's policy for requesting expedited security checks requires that the applicant

8         meet one of the following criteria:

9               1.   Military Deployment.

10              2.   Age-out cases not covered by the Child Status Protection Act and applications

11                   affected by sunset provisions such as the Diversity Visa Program.

12

13              3.   Compelling reasons provided by the requesting office such as critical medical

14                   conditions.

15              4.   Loss of Social Security benefits or other subsistence at the discretion of the

16                   Director.

17        U.S. Citizenship and Immigration Services (USCIS) is no longer routinely requesting the

18        FBI to expedite a name check when the only reason for the request is that a mandamus

19        (or other federal court petition) is filed in the case.

20

21  12.   USCIS reports the average processing times for specific applications and petitions on the

22        USCIS website.   This information reflects only average processing times on the date the

23        ·information is published.   Average processing times fluctuate widely and will sometimes

24        even regress for a specific form type due to a number of factors, including a reallocation

25        of agency resources, reordering of the agency's priorities, and other reasons.

26        Additionally, not every application will require the same level of inquiry.   Some may

27

5

require a more detailed level of review and or investigation from either the USCIS or other agencies for a number of reasons ranging from the alien's eligibility for the benefit sought to national security concerns. Accordingly, even when it appears that the adjudication of a particular application is outside the average processing time, this does not establish that the delay is unreasonable or even due to factors within the control of USCIS.

13. The FBI has an established process of processing FBI Name Check requests from USCIS chronologically based on the date the request is forwarded. As stated above, certain requests can be expedited if they meet specific expedite criteria. However, it is important to note that whenever a particular application or petition receives expedited processing and is moved up in the queue, it is at the expense of those still unadjudicated petitions or applications that bear an earlier filing date. There is no statutory or regulatory time limit for the adjudication of I-485s. Moreover, an alien who has applied for adjustment of status may apply for and obtain employment authorization for the entire time his or her application is pending. Most applicants for adjustment of status may also apply for and obtain advance parole to enable them to travel abroad during the pendency of their application. Thus, applicants for adjustment of status are not as adversely affected by delays in the adjudication of their applications as are aliens filing for other immigration benefits.

14. In my capacity as a Supervisory Center Adjudications Officer at the VSC, I have access to the official files and records of the USCIS. I have reviewed the system records for plaintiff LIU, Zaigang, A97 486 586. The record reflects that on July 23, 2003, plaintiff Liu filed an application for adjustment of status to permanent resident on Form I-485.

1  Plaintiff seeks adjustment as a derivative beneficiary on an approved I-140 employment

2  based visa petition for his spouse Lu Zhang.  To date, plaintiff's application remains

3  pending the completion of security checks.  Once the required security checks are

4  completed, the plaintiff's application will be adjudicated.

5

15. Because the plaintiff's case does not meet one of the above-mentioned expedite criteria,

6  the agency is unable to request an expedite of the security check clearance on his behalf.

7

8  For this reason the USCIS cannot adjudicate plaintiff's I-485 application for adjustment

9  of status until such time as all security checks are complete.

10

11  I declare under penalty of perjury that the foregoing is true and correct.  Executed this

12  23rd day of April, 2007 at St. Albans, Vermont.

13

14

15

16          Bradley J. Brouillette

17          Supervisory Center Adjudications Officer

           Vermont Service Center

18

19

20

21

22

23

24

25

26

27

# EXHIBIT R

APR-20-2007  16:24    FBI/OGC                    202 220 9347    P.002

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZIAGANG LIU,

      Plaintiff,

      v.

PAUL NOVAK,
      et al.,

      Defendants.

Case No:
07-CV-00263

## DECLARATION OF MICHAEL A. CANNON

Michael A. Cannon, pursuant to 28 U.S.C. § 1746, declares the following:

(1)   I am currently the Section Chief of the National Name Check Program Section at the Headquarters of the Federal Bureau of Investigation ("FBI") in Washington, D.C. I have held that position since March 7, 2005.

(2)   In my current capacity as Section Chief, I supervise the National Name Check Units. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)   Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the policy and the procedures of the United States Citizenship and Immigration Services ("USCIS"). Specifically, I am aware of the name check request for Zaigang Liu, the plaintiff in this civil action.

## NATIONAL NAME CHECK PROGRAM

(4)   The National Name Check Program ("Program") has the mission of disseminating information from the FBI's Central Records System in response to requests submitted by federal agencies, congressional committees, the federal judiciary, friendly foreign

police and intelligence agencies, and state and local criminal justice agencies. The Central Records System ("CRS") contains the FBI's administrative, personnel, and investigative files. The Program has its genesis in Executive Order No. 10450, issued during the Eisenhower Administration. That executive order addresses personnel security issues and mandates National Agency Checks as part of the pre-employment vetting and background investigation process for prospective Government employees. The FBI performs the primary National Agency Check conducted on all United States Government employees. From this modest beginning, the Program has grown exponentially, with more and more customers seeking background information from FBI files on individuals before bestowing a privilege, such as Government employment or an appointment, a security clearance, attendance at a White House function, a "green card" or naturalization, admission to the bar, or a visa. More than 70 federal, state, and local agencies regularly request FBI name searches. In addition to serving our regular Government customers, the FBI conducts numerous name searches in direct support of the FBI's counterintelligence, counterterrorism, and homeland security efforts.

## EXPLANATION OF THE CENTRAL RECORDS SYSTEM

(5)    The FBI's CRS enables the FBI to maintain all information which it has acquired in the course of fulfilling mandated law enforcement responsibilities. The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes. This system consists of a numerical sequence of files broken down according to subject matter. The subject matter of a file may relate to an individual, organization, company, publication, activity, or foreign intelligence matter. Certain records in the system are maintained at FBI Headquarters. Records which are pertinent to specific FBI Field Offices are mostly maintained at those Field Offices.

(6)    FBI Headquarters and each Field Division can access the CRS through the FBI's General Indices. The General Indices are arranged in alphabetical order and consist of indices on various subjects, including the names of individuals and organizations. Only the information considered pertinent, relevant, or essential for future retrieval is indexed.

2

(7)    Communications directed to FBI Headquarters from various Field Offices and Legal Attaches are filed in the pertinent case files and indexed to the names of individuals, groups, or organizations which are listed in the case captions or titles as subjects, suspects, or victims. Searches made in the index to locate records concerning particular subjects are made by searching the name of the subject requested in the index.

(8)    The entries in the General Indices fall into two categories:

(a)    "main" entries – entries that carry the name corresponding with the subject of a file contained in the CRS.

(b)    "reference" entries – entries (sometimes called "cross-references") that generally only mention or reference an individual, organization, etc., that is contained in a document located in another "main" file.

(9)    In 1995, the FBI implemented the Automated Case Support ("ACS") system for its Headquarters, Field Offices, and Legal Attaches. More than 105 million records were converted from automated systems previously utilized by the FBI. The ACS system consists of the following three automated applications that support case management functions for all investigative and administrative cases:

(a)    Investigative Case Management: This application provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin, which sets leads for itself and other field offices, as needed. The offices that receive the leads are referred to as Lead Offices. When a case is opened, it is assigned a Universal Case File Number, which is utilized by FBI Headquarters and all offices conducting or assisting in the investigation. Using fictitious file number "111-HQ-12345" as an example, an explanation of the Universal Case File Number is as follows: "111" indicates the classification for that specific type of investigation; "HQ" is the abbreviated form used for the Office of Origin of the investigation (in this case, FBI Headquarters); and "12345" indicates the individual case file number for that particular investigation.

(b)    Electronic Case File: This application serves as the central electronic repository for the FBI's official text-based documents. It supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the

3

computerized system.  All serials originated by the Office of Origin are maintained in the Office of Origin's case file.

(c)    Universal Index: This application, sometimes referred to as "UNI", continues the universal concepts of the ACS system by providing a complete subject/case index to all investigative and administrative cases.  Only the Office of Origin is required to index.  However, the Lead Offices may index additional information as needed.  The Universal Index, which consists of an index of approximately 98.2 million records, functions to index names to cases, and to search names and cases for use in the FBI investigative and administrative cases.  Names of individuals or entities are recorded with identifying information such as the date or place of birth, race, sex, locality, social security number, address, or date of event.

(10)   The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the investigative FBI Special Agent, the supervisor in the field division conducting the investigation, and the supervising FBI Special Agent at FBI Headquarters.  The FBI does not index every name in its files, but indexes only that information considered pertinent, relevant, or essential for future retrieval.  Without a "key" (index) to this mass information, information essential to ongoing investigations could not be readily retrieved.  The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal statutes.  Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter.

(11)   When the FBI searches a person's name, the name is electronically checked against the FBI's Universal Index.  The searches seek all instances of the individual's name, social security number, and dates close to his or her date of birth, whether a main file or reference.  As previously stated, any "main" file name would be that of an individual who is, himself or herself, the subject of an FBI investigation, whereas any "reference" would be an individual whose name appears as part of an FBI investigation.  For example, "references" include associates, witnesses, or conspirators.  Additionally, there may be a myriad of other

4

reasons to explain why an FBI Special Agent conducting an investigation believed it important to include a particular name in the FBI's index for later recovery. The names are searched in a multitude of combinations, switching the order of first, last, and middle names, as well as combinations with only the first and last names, first and middle names, and so on. The Program application searches names phonetically against the Universal Index records and retrieves similar spelling variations (which is especially important considering that many names in our indices have been transliterated from a language other than English).

(12)    If there is a match with a name in a FBI record, it is designated as a "Hit," meaning that the system has stopped on a possible match with the name being checked. If a search comes up with a match to a name and either a birth date or social security number, it is designated an "Ident."

### RESOLUTION RATE

(13)    Historically, approximately 68 percent of the name checks submitted by USCIS are electronically checked and returned to USCIS as having "No Record" within 48-72 hours. A "No Record" indicates that the FBI's Universal Index database contains no identifiable information regarding a particular individual. Duplicate submissions (i.e., identically spelled names with identical dates of birth and other identical information submitted while the original submission is still pending) are not checked, and the duplicate findings are returned to USCIS within 48-72 hours.

(14)    For the name check requests that are still pending after the initial electronic check, additional review is required. A secondary manual name search completed typically within 30-60 days historically identifies an additional 22 percent of the USCIS requests as having "No Record," for a 90 percent overall "No Record" response rate. The results of this 22 percent also are returned to USCIS. The remaining 10 percent are identified as possibly being the subject of an FBI record. At that point, the FBI record must be retrieved and reviewed. If the record was electronically uploaded into the FBI's ACS electronic record-keeping system, it can be reviewed quickly. If not, however, the relevant information must be retrieved from an

existing paper record. Review of this information will determine whether the information is identified with the request. If the information is not identified with the request, the request is closed as a "No Record" and USCIS is so notified.

(15)    Once a record is retrieved, the FBI reviews the file for possible derogatory information. Less than one percent of USCIS's requests are identified with a file containing possible derogatory information. If appropriate, the FBI forwards a summary of the derogatory information to USCIS.

## GROWTH OF THE NAME CHECK PROGRAM

(16)    Prior to September 11, 2001, the FBI processed approximately 2.5 million name check requests per year. As a result of the FBI's post-9/11 counterterrorism efforts, the number of FBI name checks has grown. For fiscal year 2006, the FBI processed in excess of 3.4 million name checks.

## USCIS NAME CHECK REQUESTS

(17)    In November 2002, heightened national security concerns prompted a review of the former Immigration and Naturalization Service's ("INS's") procedures for investigating the backgrounds of individuals seeking immigration benefits. It was determined that deeper, more detailed clearance procedures were required to protect the people and the interests of the United States effectively. One of the procedures identified was the FBI's name check clearance. Before November 2002, only those "main" files that could be positively identified with an individual were considered responsive to the immigration authorities name check requests. However, because that approach ran a risk of missing a match to a possible derogatory record, the FBI altered its search criteria to include "reference" files, as well. From a processing standpoint, this meant the FBI was required to review many more files in response to each individual background check request.

(18)    In December of 2002 and January of 2003, the former INS resubmitted 2.7 million name check requests to the FBI for background investigations of all individuals with then-pending applications for immigrations benefits for which the Immigration and Nationality

Act required background investigations. Those 2.7 million requests were in addition to the regular submissions by the former INS. Currently, the FBI has returned an initial response to all 2.7 million resubmitted requests. Moreover, although many of the FBI's initial responses to those resubmitted requests indicated that the FBI had no information relating to the specific individual who was the subject of the request, approximately 16 percent – or over 440,000 – resubmitted requests indicated that the FBI may have information relating to the subject of the inquiry. The FBI is still in the process of resolving those 440,000 requests.

(19)    The FBI's processing of those 440,000 resubmissions has delayed the processing of regular submissions from USCIS. As directed by USCIS, the FBI processes name check requests on a "first-in, first-out" basis unless USCIS directs that a particular name check be expedited.

(20)    The FBI cannot provide a specific or general time frame for completing any particular name check submitted by USCIS. The processing of name checks, including those which are expedited, depends upon a number of factors, including where in the processing queue the name check lies; the workload of the analyst processing the name check; the volume of priority checks the analyst must process for, among others, military call-ups, medical emergencies, "age-outs," or immigration "lottery" winners; the number of "Hits," (i.e., possible matches) that must be retrieved, reviewed and resolved; the number of records from various Field Offices that must be retrieved, reviewed and resolved; and, more generally, the staff and resources available to conduct the checks. While the FBI is sensitive to the impact of the delays in processing name check requests, the consequence of the FBI's mission on homeland security requires that its name check process be primarily focused on providing accurate and thorough results. When the name check is completed, the FBI provides the results to USCIS as quickly as possible.

(21)    It is important to note that the FBI does not adjudicate applications for benefits under the Immigration and Nationality Act. If appropriate, the FBI generally provides a summary of available information to USCIS for its adjudication process.

7

## PLAINTIFF'S NAME CHECK REQUEST

(22)    The name check request for plaintiff Zaigang Liu was received by the FBI from USCIS on or about March 30, 2004, and has not been completed. The FBI is performing its check in response to USCIS's request in accordance with procedures outlined above. The results of the name check will be forwarded to USCIS in Washington, D.C., in due course, in accordance with the FBI's normal protocol.

(23)    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this *13th* day of April 2007.

MICHAEL A. CANNON
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

8

# EXHIBIT S

## Adam Rosen

**From:**   CSC XII 485 [CSC-XII.485@dhs.gov]
**Sent:**   Wednesday, June 28, 2006 12:49 PM
**To:**   Adam Rosen
**Subject:** RE: A98453504

The I-485 at question is still pending FBI name check clearance. Once the file
has been cleared by FBI, the file will be adjudicated. The Service has NO control
on how long it takes FBI to clear the case.

M. Bueno

**From:** Adam Rosen [mailto:AdamR@murthy.com]
**Sent:** Friday, June 16, 2006 9:20 AM
**To:** CSC-XII.485@dhs.gov
**Subject:** A98453504

Dear Adjudications Officer,

Thank you for taking the time to respond to this inquiry.

We are the Attorneys of Record for the above referenced file. On May 15, 2006, we place an eMail inquiry with
the California Service Center. Unfortunately, we have not received any information regarding the substance of this
request, forwarded below, made on behalf of our clients.

We would greatly appreciate any information that you can provide regarding our request. Thank you for your time.

Sincerely,
**Adam Rosen**
**Attorney**
**I-485 Department**

---------------------
With over 45 full time attorneys, paralegals, and support staff, we provide excellent service in the area of  U.S.
Immigration Law to clients worldwide. NOTE: Only attorneys are authorized by law to provide legal advice. This
message may contain confidential Attorney-Client communication. If you are not the intended recipient, please
notify the sender and delete this message.
---------------------
**Murthy Law Firm : U.S. Immigration Law**
10451 Mill Run Circle, Owings Mills, MD 21117. USA
Phone : 410.356.5440    Fax : 410.356.5669
WebSite : http://www.murthy.com
------------------------------------------------------------

**From:** Adam Rosen
**Sent:** Monday, May 15, 2006 6:23 PM
**To:** 'CSC-XII.485@dhs.gov'
**Subject:** A98453504

Dear Adjudications Officer,

8/11/2006

Thank you for your time and response.

We are the Attorneys of Record representing Srividya Mamidipudi (A98453504) and his dependent Srikanth Venkatasubramanian (A79465171) in their I485 Applications pending at the California Service Center.

Please use the Priority Date of July 21, 2000 established by the approval of SRC0101251031 for Srividya Mamidipudi's spouse as the Priority Date for determining the availability of an Immigrant Visa for approving Srividya Mamidipudi's I485 Application as the Primary Beneficiary of his I140 petition identified by Receipt Number WAC0510553227 that was approved on his behalf. Please also approve the I485 Application of Srikanth Venkatasubramanian (A79465171) as his dependent.

Thank you in advance for your assistance in this matter.

Sincerely,
**Adam Rosen**
**Attorney**
**I-485 Department**

---------------------

With over 45 full time attorneys, paralegals, and support staff, we provide excellent service in the area of U.S. Immigration Law to clients worldwide. NOTE: Only attorneys are authorized by law to provide legal advice. This message may contain confidential Attorney-Client communication. If you are not the intended recipient, please notify the sender and delete this message.

---------------------

**Murthy Law Firm : U.S. Immigration Law**
10451 Mill Run Circle, Owings Mills, MD 21117. USA
Phone : 410.356.5440    Fax : 410.356.5669
WebSite : http://www.murthy.com

----------------------------------------------------------------

This eMail has been scanned for internet viruses.
Please contact webmaster@murthy.com if you have any problems.

# EXHIBIT T

## Adam Rosen

**From:**    CSC XII 485 [CSC-XII.485@dhs.gov]
**Sent:**    Thursday, August 10, 2006 1:32 PM
**To:**    AdamR@murthy.com
**Subject:** RE: A98453504

We previously took care of that request in June. Our systems now show Srikanth Venkatasubramanian as the dependent. Also to confirm that both cases are pending the results of the background security/name check. You can check back with us after 60 days to see if the result has returned. Thank you.

Officer R. Cruz
California Service Center
Congressional & Customer Service Relations
Division XII

**From:** Adam Rosen [mailto:AdamR@murthy.com]
**Sent:** Tuesday, August 01, 2006 7:49 AM
**To:** CSC XII 485
**Subject:** A98453504

Dear Sir or Madam,

Thank you for your prior emails.

We understand that there may be a name check still pending. However, we would greatly appreciate if you would clarify the Service's position on the following request that was previously submitted: Please use the Priority Date of July 21, 2000 established by the approval of SRC0101251031 for Srividya Mamidipudi's spouse as the Priority Date for determining the availability of an Immigrant Visa for approving Srividya Mamidipudi's I485 Application as the Primary Beneficiary of her I140 petition identified by Receipt Number WAC0510553227 that was approved on her behalf. Please also approve the I485 Application of Srikanth Venkatasubramanian (A79465171) as her dependent.

We thank you again for your time and attention this matter.

Sincerely,
**Adam Rosen**
**Attorney**
**I-485 Department**

--------------------
With over 45 full time attorneys, paralegals, and support staff, we provide excellent service in the area of U.S. Immigration Law to clients worldwide. NOTE: Only attorneys are authorized by law to provide legal advice. This message may contain confidential Attorney-Client communication. If you are not the intended recipient, please notify the sender and delete this message.
--------------------
**Murthy Law Firm : U.S. Immigration Law**
10451 Mill Run Circle, Owings Mills, MD 21117. USA
Phone : 410.356.5440    Fax : 410.356.5669
WebSite : http://www.murthy.com
-----------------------------------------------------

8/11/2006

This eMail has been scanned for internet viruses.
Please contact webmaster@murthy.com if you have any problems.

# EXHIBIT U



**U.S. Department of Homeland Security**
National Benefits Center
P.O. Box 648005
Lees Summit, MO 64064

## U.S. Citizenship and Immigration Services

Friday, March 7, 2008

SRIKANTH VENKATASUBRAMANIAN
1373 ZURICH TERRACE SUNNYVALE, CA 94087
SUNNYVALE CA 94087

Dear Srikanth Venkatasubramanian:

On 02/15/2008 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 03/02/2005 |
| **Receipt #:** | WAC-05-105-53350 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Other |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 03-07-2008 01:21 PM EST - WAC-05-105-53350

# EXHIBIT V

**US Citizenship
and Immigration Services**

Welcome to
San Jose Info Unit

# B8

**Information**

11/21/07 10:30

# EXHIBIT W



**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name:** **Srikanth Venkatasubramanian**
**Appointment Type:** Speak to immigration officer
**Confirmation No.:** SNJ-07-32356        **Authentication Code:** 17e27
**Appointment Date:** **December 5, 2007**
**Appointment Time:** **7:30 AM**
**Location:** **1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

**This is your Confirmation
Number:**



*SNJ-07-32356*

**If you wish to cancel this appointment, you will need the
following Personal Identification Number:**
*06219*

Please be on time. Failure to show up on time will result in the cancellation of
your appointment. You will then need to reschedule your appointment. You will
not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this
  appointment letter.
- Acceptable forms of identification are any of the following: Government
  issued identification, passport, valid driver's license, I-94, Work
  Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you
  bring all applicable immigration forms, letters, receipts and supporting
  documents. If translations are used, they should be certified. Please
  bring the original documents as well.
- NOTE: Cell phones that have camera features are not permitted in the
  building. Food and drinks are not permitted in the waiting room. In order
  to facilitate easy and swift entrance, you are advised to keep handbags
  and metal objects to a minimum by leaving such items at home or with a
  person who will remain outside the building.

# EXHIBIT X

US Citizenship
and Immigration Services

Welcome to
San Jose Info Unit

# B32

Information

02/15/08 12:45

# EXHIBIT Y



**INFOPASS**
Your e-Ticket to immigration
Information.

**Name:** **Srikanth Venkatasubramanian**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-08-7988     **Authentication Code:** 17e27

**Appointment Date:** **March 26, 2008**

**Appointment Time:** **2:00 PM**

**Location:** 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

### This is your Confirmation Number:



*SNJ-08-7988*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:

*83882*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.**

08 1365
JR

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

SRIKANTH VENKATASUBRAMANIAN

88889

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Murthy Law Firm
Aron A. Finkelstein, Esquire
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

**DEFENDANTS**

MICHAEL B. MUKASEY, US Attorney General; and ROBERT S. MUELLER, III, Dir., FBI; and
JONATHAN SCHARFEN, Acting Dir., USCIS; and CHRISTINA POULOS, Dir., USCIS California
Service Center; and F. GERARD HEINAUER, Dir., USCIS Nebraska Service Center; and
ROBERT M. COWAN, Dir., USCIS National Benefits Center

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

AT

Case: 1:08-cv-01365
Assigned To : Robertson, James
Assign. Date : 8/6/2008
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/
Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**◉ C. Administrative Agency
Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If
Administrative Agency is Involved)

**○ D. Temporary Restraining
Order/Preliminary
Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)        OR        ○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if
not administrative agency
review or Privacy Act

7

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

Mandamus Action under 28 U.S.C. Sec. 1361 challenging unreasonable FBI and USCIS delay in processing background check and I-485 application

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** [_____]   Check YES only if demanded in complaint    **JURY DEMAND:**   YES ☐   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  8/1/08    SIGNATURE OF ATTORNEY OF RECORD  _____ AMA

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.