AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SRIKANTH VENKATASUBRAMANIAN
1373 Zurich Terrace
Sunnyvale, CA  94087

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; and JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services; and CHRISTINA POULOS, Director of the USCIS California Service Center; and F. GERARD HEINAUER, Director of the USCIS Nebraska Service Center; and ROBERT M. COWAN, Director of the USCIS National Benefits Center

CASE NUI

Case: 1:08-cv-01365
Assigned To : Robertson, James
Assign. Date : 8/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

JONATHAN SCHARFEN, Acting Director
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue, N.W., Suite 5110
Washington, DC  20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG - 6 2008
_____    _____
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 8, 2008 |
| NAME OF SERVER *(PRINT)*    Brian S. Green | TITLE    Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____Federal Express_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    August 8, 2008      *[signature]*
               Date                          Signature of Server

         Murthy Law Firm
         10451 Mill Run Circle, Suite 100
         Owings Mill, MD  21117
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Debbie Meekins

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, August 08, 2008 12:06 PM |
| **To:** | Debbie Meekins |
| **Subject:** | FedEx Shipment 952639428951 Delivered |

This tracking update has been requested by:

Company Name:          LAW OFFICES OF SHEELA MURTHY
Name:                  DEBBIE MEEKINS
E-mail:                DEBBIE@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                     08-1413M/DM
Ship (P/U) date:               Aug 7, 2008
Delivery date:                 Aug 8, 2008 12:01 PM
Sign for by:                   G.EADIE
Delivered to:                  Receptionist/Front Desk
Service type:                  FedEx Standard Overnight
Packaging type:                FedEx Envelope
Number of pieces:              1
Weight:                        0.50 lb.
Special handling/Services:     Deliver Weekday

Tracking number:               952639428951

Shipper Information                         Recipient Information
DEBBIE MEEKINS                              JONATHAN SCHARFEN, ACTING
LAW OFFICES OF SHEELA MURTHY                DIRECTOR
10451 MILL RUN CIRCLE;SUITE 100             DHS, USCIS
OWINGS MILLS                                20 MASSACHUSETTS AVENUE,
MD                                          N.W.;SUITE 5110
US                                          WASHINGTON
21117                                       DC
                                            US
                                            20529

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 11:05 AM CDT
on 08/08/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

8/8/2008

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/8/2008