AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SRIKANTH VENKATASUBRAMANIAN
1373 Zurich Terrace
Sunnyvale, CA  94087

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General; and ROBERT S. MUELLER,
III, Director of the Federal Bureau of Investigation; and JONATHAN
SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services;
and CHRISTINA POULOS, Director of the USCIS California Service Center;
and F. GERARD HEINAUER, Director of the USCIS Nebraska Service Center;
and ROBERT M. COWAN, Director of the USCIS National Benefits Center

CAS

Case: 1:08-cv-01365
Assigned To : Robertson, James
Assign. Date : 8/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

CHRISTINA POULOS, Director
California Service Center
U.S. Citizenship and Immigration Services
24000 Avila Road, 2nd Floor, Room 2302
Laguna Niguel, CA  92677

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG - 6 2008

CLERK                                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 8, 2008 |
| NAME OF SERVER *(PRINT)*   Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____ Federal Express _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 8, 2008
　　　　　　　　　　　Date

*Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mill, MD  21117
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Debbie Meekins

**From:**   TrackingUpdates@fedex.com
**Sent:**   Friday, August 08, 2008 1:29 PM
**To:**     Debbie Meekins
**Subject:** FedEx Shipment 952639428984 Delivered

---

This tracking update has been requested by:

```
Company Name:          LAW OFFICES OF SHEELA MURTHY
Name:                  DEBBIE MEEKINS
E-mail:                DEBBIE@MURTHY.COM
```

---

Our records indicate that the following shipment has been delivered:

```
Reference:                 08-1413M/DM
Ship (P/U) date:           Aug 7, 2008
Delivery date:             Aug 8, 2008 9:50 AM
Sign for by:               N.LEBARRIE
Delivered to:              Shipping/Receiving
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    1.00 lb.
Special handling/Services: Deliver Weekday

Tracking number:           952639428984
```

```
Shipper Information              Recipient Information
DEBBIE MEEKINS                   CHRISTINA POULOS, DIRECTOR
LAW OFFICES OF SHEELA MURTHY     CSC/USCIS
10451 MILL RUN CIRCLE;SUITE 100  24000 AVILA RD.;2ND FLOOR, ROOM
OWINGS MILLS                     2302
MD                               LAGUNA NIGUEL
US                               CA
21117                            US
                                 92677
```

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:28 PM CDT
on 08/08/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.