AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SRIKANTH VENKATASUBRAMANIAN
1373 Zurich Terrace
Sunnyvale, CA  94087

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; and JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services; and CHRISTINA POULOS, Director of the USCIS California Service Center; and F. GERARD HEINAUER, Director of the USCIS Nebraska Service Center; and ROBERT M. COWAN, Director of the USCIS National Benefits Center

CAS

Case: 1:08-cv-01365
Assigned To : Robertson, James
Assign. Date : 8/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ROBERT M. COWAN, Director
National Benefits Center
U.S. Citizenship and Immigration Services
427 S. LaSalle – 3rd Floor
Chicago, IL  60605

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG - 6 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | August 8, 2008 |
| NAME OF SERVER *(PRINT)*    Brian S. Green | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

G  Returned unexecuted:

G  Other (specify):    Federal Express

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 8, 2008
            Date            Signature of Server

            Murthy Law Firm
            10451 Mill Run Circle, Suite 100
            Owings Mill, MD  21117
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Debbie Meekins

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, August 08, 2008 2:18 PM
**To:** Debbie Meekins
**Subject:** FedEx Shipment 952639428929 Delivered

---

This tracking update has been requested by:

```
Company Name:          LAW OFFICES OF SHEELA MURTHY
Name:                  DEBBIE MEEKINS
E-mail:                DEBBIE@MURTHY.COM
```

---

Our records indicate that the following shipment has been delivered:

```
Reference:             08-1413M/DM
Ship (P/U) date:       Aug 7, 2008
Delivery date:         Aug 8, 2008 1:06 PM
Sign for by:           S.NIKIC
Delivered to:          Mailroom
Service type:          FedEx Standard Overnight
Packaging type:        FedEx Envelope
Number of pieces:      1
Weight:                0.50 lb.
Special handling/Services:  Deliver Weekday


Tracking number:       952639428929
```

```
Shipper Information              Recipient Information
DEBBIE MEEKINS                   ROBERT M. COWAN, DIRECTOR
LAW OFFICES OF SHEELA MURTHY     NATIONAL BENEFITS CENTER
10451 MILL RUN CIRCLE;SUITE 100  US DHS USCIS;427 S. LASALLE,
OWINGS MILLS                     3RD FLOOR
MD                               CHICAGO
US                               IL
21117                            US
                                 60605
```

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 1:18 PM CDT
on 08/08/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

8/8/2008

Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.