UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRIKANTH VENKATASUBRAMANIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-1365 (JR) |
| | ) |
| MICHAEL B. MUKASEY, Attorney General, | ) |
| U.S. Department of Justice, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendants in the above-captioned case.

Dated: August 27, 2008
        Washington, D.C.

Respectfully submitted,

_____/s/_____

BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov