UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SRIKANTH VENKATASUBRAMANIAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-1365 (JR) |
| MICHAEL B. MUKASEY, Attorney General, U.S. Department of Justice, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants with prejudice, with each party to bear its own costs and fees.

Dated: August 27, 2008
     Washington, DC

Respectfully submitted,

       /s/
ARON A. FINKELSTEIN, D.C. BAR #25560
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

*Attorney for Plaintiff*

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

       /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*